448

No. 13–8009/AR. Nidal M. Hasan, Appellant v. Gregory Gross, Colonel, U.S. Army, Military Judge, Appellee. CCA 20120876. On consideration of Appellant's motion to stay proceedings, it is ordered that said motion is hereby granted pending further order of the Court.